# Exhibits Index

| | |
|---|---|
| 1. | MassMutual Claim for Refund - 1988 |
| 2. | MassMutual Claim for Refund - 1989 |
| 3. | MassMutual Claim for Refund - 1990 |
| 4. | MassMutual Claim for Refund - 1991 |
| 5. | MassMutual Claim for Refund - 1992 |
| 6. | MassMutual Claim for Refund - 1993 |
| 7. | MassMutual Claim for Refund - 1994 |
| 8. | MassMutual Claim for Refund - 1995 |
| 9. | MassMutual Claim for Refund - 1996 |
| 10. | MassMutual Claim for Refund - 1997 |
| 11. | ConnMutual Claim for Refund - 1995 |