ORIGINAL

FILED
SEP 4 2007
U.S. COURT OF
FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

RCFC 7.1 Disclosure Statement

Plaintiff in Massachusetts Mutual Life Insurance Company, on its own behalf, and also as successor to Connecticut Mutual Life Insurance Company v. United States, does not have any parent corporations, and no publicly held corporation owns 10% or more of its stock.

07-648 T