# In the United States Court of Federal Claims

| | |
|---|---|
| **MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,** | |
| **Plaintiff,** | **No. 07- 648T** |
| **v.** | **Filed: September 14, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |

**O R D E R**

The Notice of Appearance in the above-captioned case was filed on September 12, 2007. To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Tuesday, November 27, 2007, at 10:30 a.m. EST,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Bailey at (202) 429-3000, and Mr. Stoddart at (202) 307-6445.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**