IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-648 T
(Judge Marian Blank Horn)

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, on its own behalf, and MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, as successor to CONNECTICUT MUTUAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE AN ANSWER

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 91-day enlargement of time, from November 5, 2007, through February 4, 2008, inclusive, within which to file its answer (February 3 is a Sunday). This is the first enlargement the defendant has sought for this purpose. The defendant's trial attorney has discussed this motion with the plaintiff's attorney, who stated that he will not object to its allowance.

As good cause for this motion, the defendant states that the Internal Revenue Service (IRS) attorney assigned to this case has ordered the administrative files, but has been told that they are voluminous and must be assembled from several sources. After receiving them, he must draft the IRS's recommendations for defense of the case, as required by 28 U.S.C. § 520. The defendant cannot respond to the substance of the complaint until it receives both the

administrative files and the IRS's recommendation. The IRS attorney is optimistic that he will have forwarded both the files and the recommendation within the time sought.

The defendant notes that the Court has scheduled a status conference at 10:30 A.M. on November 27, 2007.

WHEREFORE the defendant asks the Court to allow this motion.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

October 3, 2007