# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07- 648T**
**Filed: October 5, 2007**

## O R D E R

The court is in receipt of the defendant's unopposed motion for an enlargement of time, from November 5, 2007, through February 4, 2008, within which to file its answer. The court **GRANTS** the defendant's motion, and **ORDERS** the defendant to file its response to plaintiff's complaint on or before **Monday, February 4, 2008**. The court also **RESCHEDULES** the status conference originally set for Tuesday, November 27, 2007, at 10:30 a.m. EST, until **Friday, February 8, 2008, at 12:30 p.m. EST**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 429-3000, and defendant's counsel at (202) 307-6445. No party shall file a motion for summary judgment prior to the February 8, 2008 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**