IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-648 T
(Judge Marian Blank Horn)

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, on its own behalf, and MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, as successor to CONNECTICUT MUTUAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE AN ANSWER

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 60-day enlargement of time, from February 4 through April 4, 2008, inclusive, within which to file its answer. This is the second enlargement the defendant has sought for this purpose, the first having been granted for 91 days. The defendant's trial attorney has discussed this motion with the plaintiff's attorney, who stated that he will not object to its allowance.

As good cause for this motion, the defendant states that the Internal Revenue Service (IRS) attorney assigned to this case sent the trial attorney eight large boxes of administrative files on January 18, 2008, but those boxes contain (among other things) excerpts from only one tax return, the return for the 1993 taxable year. This case presents claims for ten taxable years, 1988 through 1997. The trial attorney has been trying to locate the other returns, and through the

Service Center was able to find the 1991 return on January 25. The defendant's trial attorney cannot respond to the substance of the complaint until he receives the returns along with the associated administrative materials.

The defendant notes that the Court has scheduled a status conference for 12:30 P.M. on February 8, 2008.

WHEREFORE the defendant asks the Court to allow this motion.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

January 28, 2008