# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07- 648T**
**Filed: January 28, 2008**

**O R D E R**

The court is in receipt of the defendant's unopposed motion for an enlargement of time, from February 4, 2008 to April 4, 2008, within which to file its answer. The court **GRANTS** the defendant's motion, and **ORDERS** the defendant to file its response to plaintiff's complaint on or before **Friday, April 4, 2008**. The court also **RESCHEDULES** the status conference originally set for Friday, February 8, 2008, at 12:30 p.m. EST, until **Tuesday, April 8, 2008, at 10:30 a.m. EST**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 429-3000, and defendant's counsel at (202) 307-6445. No party shall file a motion for summary judgment prior to the February 8, 2008 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**