IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-648 T
(Judge Marian Blank Horn)

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, on its own behalf, and MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, as successor to CONNECTICUT MUTUAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE AN ANSWER

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 14-day enlargement of time, from April 4 through April 18, 2008, inclusive, within which to file its answer. This is the third enlargement the defendant has sought for this purpose, the first two having been granted for 151 days. The defendant's trial attorney has discussed this motion with the plaintiff's attorney, who stated that he will not object to its allowance.

As good cause for this motion, the defendant states that its trial attorney has drafted most of the answer, but that the draft, when completed, must be reviewed by a reviewer in the Justice Department and by interested persons in the Office of Chief Counsel, Internal Revenue Service. Those persons will require the extra time in order to complete their review.

The defendant notes that the Court has scheduled a status conference for 10:30 P.M. on April 8, 2008.

WHEREFORE the defendant asks the Court to allow this motion.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

March 26, 2008