# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07- 648T**
**Filed: April 1, 2008**

## O R D E R

The court is in receipt of the defendant's unopposed motion for an enlargement of time of 14 days, to and including April 18, 2008, within which to file its answer. The court **GRANTS** the defendant's motion, and **ORDERS** the defendant to file its response to plaintiff's complaint on or before **Friday, April 18, 2008**. The court also **RESCHEDULES** the status conference set for Tuesday, April 8, 2008, at 10:30 a.m., for **Tuesday, April 22, 2008, at 3:00 p.m. DST**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 429-3000, and defendant's counsel at (202) 307-6445. No party shall file a motion for summary judgment prior to the April 22, 2008 status conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**