# In the United States Court of Federal Claims

| | |
|---|---|
| **MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,** | |
| **Plaintiff,** | **No. 07- 648T** |
| **v.** | **Filed: April 21, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |

## O R D E R

As previously discussed with the parties, the telephone status conference scheduled for April 22, 2008, is **rescheduled to Wednesday, April 30, 2008, at 3:00 p.m., EST,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Bailey at (202) 429-6409, and Mr. Stoddart at (202) 307-6445.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**