# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07- 648T**
**Filed: May 1, 2008**

## O R D E R

The court held an initial status conference with the parties on Wednesday, April 30, 2008. As discussed at the status conference, fact discovery shall close on or before **Friday, March 6, 2009**. On or before **Wednesday, March 11, 2009**, the parties shall file a joint status report addressing their progress. The joint status report also shall detail a description of each of the issues in dispute for each tax year within the scope of the complaint. Any year for which the issues have been resolved by the parties following discussion and consultation shall be identified. The parties also shall identify which of the remaining issues they propose be resolved by summary judgment proceedings and which are contemplated to go to trial. The court also **SCHEDULES** a status conference to discuss future proceedings in the case for **Wednesday, March 18, 2009, 10:30 a.m. EST**. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Bailey at (202) 429-3000, and Mr. Stoddart at (202) 307-6445. The parties are encouraged to continue to consult with each other during discovery to resolve all or parts of the case in order to facilitate a speedy resolution.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**